# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DOK SOLUTION LLC,

    Plaintiff,

v.                                       Case No: 8:14-cv-1910-T-30TBM

FKA DISTRIBUTUNG CO.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation (Motion) for Dismissal of Action (Dkt. #68). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     The Joint Stipulation (Motion) for Dismissal of Action (Dkt. #68) is GRANTED.

2.     The Court dismiss all claims brought by Plaintiff in this action with prejudice and dismisses all counterclaims brought by Defendant without prejudice, each party to bear their own attorney's fees and costs.

3.     All pending motions are denied as moot.

4.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 2nd day of May, 2016.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record